AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States Courts
Southern District of Texas
FILED
July 22, 2024
Nathan Ochsner, Clerk of Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Irvin Jair Morales-Martinez

## CRIMINAL COMPLAINT

Case Number: M-24-1196-M

IAE  YOB: 1995
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __July 21, 2024__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Irvin Jair Morales-Martinez was encountered by Border Patrol Agents near La Joya, Texas, on July 21, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 21, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 10, 2023, through Laredo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On November 28, 2022, the Defendant was convicted of Smuggling Persons, and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA R. Guerra
**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

__July 22, 2024__ at 12:15 p.m.

/s/ __Laureano Cantu__
Signature of Complainant

Laureano Cantu        Border Patrol Agent

__J. Scott Hacker__ , __U.S. Magistrate Judge__
Name and Title of Judicial Officer

Signature of Judicial Officer